2020R00033/MJM

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable William J. Martini |
| | : | |
| | : | Criminal No. 20-954 |
| v. | : | |
| | : | |
| PAUL H. APPEL | : | 18 U.S.C §§ 641 and 2 |

## SUPERSEDING INFORMATION

The United States Attorney for the District of New Jersey charges:

1.      At all times relevant to this Superseding Information:

A.      Defendant PAUL H. APPEL ("defendant APPEL") was an attorney.

B.      Defendant APPEL was also the registered agent of Glocal Marketing Solutions Corp ("GMS"), a for-profit corporation, as of on or about May 3, 2017. In addition, he was the registered agent for the Thomas Family Foundation for America, Inc. (the "Family Foundation"), a non-profit corporation, as of on or about June 19, 2018. The registered address for both entities was defendant APPEL's home in New Jersey.

C.      Co-conspirator SUDHAN M. THOMAS ("Thomas") was a resident of Jersey City, New Jersey who served as the Acting Executive Director of the Jersey City Employment and Training Program ("JCETP") from in or about January 2019 to in or about July 2019.

D.    Thomas also was an incorporator and a member of the Board of Trustees for the Family Foundation as of June 19, 2018, and the registered agent and a trustee since at least on or about May 31, 2019.

E.    JCETP was a registered 501(c)(3) nonprofit organization located in Jersey City that assisted residents of Jersey City to prepare for and enter the workforce. The members of JCETP's Board of Directors were appointed by the Mayor of Jersey City and, in turn, voted to hire JCETP's Executive Director.

F.    JCETP received federal program benefits well in excess of $10,000 annually during the period from 2018 through 2020.  Among JCETP's funding sources were federal grants.  These federal grants were awarded pursuant to the federal Workforce Innovation and Opportunity Act, which aimed to help job seekers access employment, education, training and support services, and pursuant to the U.S. Department of Housing and Urban Development Community Development Block Grant ("CDBG") program, which aimed to expand economic opportunities for individuals with low to moderate income.

G.    NextGlocal, Inc. ("Next Glocal") was a for-profit corporation registered in Florida by defendant APPEL.  Thomas was a director and President of Next Glocal and listed as the only authorized signatory for the Next Glocal bank account (the "Next Glocal Account").

### Unauthorized Conversion of Funds

2.      From in or about March 2019 through in or about April 2019, in Hudson County, in the District of New Jersey, and elsewhere, defendant

PAUL H. APPEL

with co-conspirator Thomas being an agent of JCETP, willfully and knowingly embezzled, stole, purloined, or converted to his use or the use of another, and without authority, conveyed and disposed of money belonging to the United States or of any department or agency thereof, in an amount that did not exceed the sum of $1,000, which was under the care, custody, and control of JCETP.

3.      As part of the aforementioned scheme, defendant APPEL aided and assisted Thomas in using JCETP funds and bank accounts to knowingly convert to Thomas's own use federal funds which had been provided to JCETP, as described below.

4.      It was part of this scheme to convey money without authority that:

A.      Despite there being existing bank accounts for JCETP (the "Original JCETP Accounts"), in or about March 2019, Thomas opened five bank accounts in the name of JCETP (the "JCETP Accounts") at another bank to, at least in part, facilitate the diversion of funds from JCETP. Thomas and another JCETP board member were the sole authorized signatories on the JCETP Accounts. These accounts were entirely funded by federal CDBG grant money.

- 3 -

B.     On or about March 6, 2019, Thomas signed a check (the "March 6, 2019 JCETP check") drawn upon one of the Original JCETP Accounts made payable to defendant APPEL, which defendant APPEL later deposited into one of his own bank accounts. Defendant APPEL accepted the March 6, 2019 JCETP check knowing that he did not have authority to accept this JCETP check.

C.     After depositing the check, defendant APPEL issued a check from his bank account dated March 6, 2019 made payable to a law firm, with "Thomas Settlement" written in the memo line. On March 7, 2019, defendant APPEL issued a second check drawn upon the funds deposited into APPEL's bank account via the March 6, 2019 JCETP check. Defendant APPEL made this second check payable to "Next Glocal Inc." (whose bank account Thomas was the sole signatory of as President of the corporation). On the same date, defendant APPEL also withdrew cash from his bank account derived from the funds deposited into that account via the March 6, 2019 JCETP check and caused that cash to be deposited into the Next Glocal bank account.

D.     On or about April 4, 2019, Thomas issued a check (the "April 4, 2019 JCETP check") drawn upon one of the JCETP bank accounts which was made payable to defendant APPEL. Defendant APPEL deposited the April 4, 2019 JCETP check into one of his own bank accounts. On or about April 5, 2019, drawing from funds obtained through the April 4, 2019 JCETP check, defendant

- 4 -

APPEL issued a check from his bank account made payable to "Next Glocal, Inc."

which Thomas caused to be deposited into the Next Glocal bank account.

In violation of Title 18, United States Code, Sections 641 and 2.

PHILIP R. SELLINGER
United States Attorney